384 A.2d 992

Commonwealth ex rel. Davidson, Appellant,

v. Bennett et al.

Argued November 14, 1977. David J. Humphreys, with him Warren R. Keck, III, for appellant; Thomas W. Kuster, with him Cusick, Madden, Joyce and McKay, for appellees.

Order affirmed.

JACOBS, HOFFMAN, and VAN der VOORT, JJ., would reduce bond to $5,000.